IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LAMEEK SHALAM JOHNS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00150 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| D.N. FARMER, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for a protective order (Docket No. 51) is **GRANTED**; defendants' motions for summary judgment (Docket Nos. 29 and 49) are **GRANTED**; Johns' motions for summary judgment (Docket Nos. 43 and 54) are **DENIED**; and this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 27th day of March, 2015.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE